IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Income Tax

FOOH H. FOONG                              )
and SUZANNE M. FOONG,                      )
                                           )
            Plaintiffs,                    )    TC-MD 170201R
                                           )
      v.                                   )
                                           )
DEPARTMENT OF REVENUE,                     )
State of Oregon,                           )
                                           )
            Defendant.                     )    **FINAL DECISION**[1]

This matter came before the court on the agreement of the parties.

Plaintiffs filed their Complaint on May 1, 2017, appealing Defendant's Notice of

Assessment dated January 31, 2017.  Plaintiffs' appeal concerns taxes, penalties, and interest

assessed by Defendant as a result of adjustments made to Plaintiffs' 2011 income tax return by

the Internal Revenue Service (IRS).  (*See* Compl at 1.)  In their Complaint, Plaintiffs asserted

that the IRS had reversed those adjustments and requested that Defendant cancel its assessment

and provide Plaintiffs' with any resulting refund.  (*Id.*)

A case management conference was scheduled for July 12, 2017.  Plaintiffs did not

appear for that conference; however, Defendant's representative informed the court that

Defendant agreed that the IRS had reversed its adjustments and Defendant had processed

Plaintiffs' refund as requested in their Complaint.  Because the parties are in agreement, the case

is ready for decision.  Now, therefore,

/ / /

---

[1] This Final Decision incorporates without change the court's Decision, entered July 18, 2017.  The court did not receive a statement of costs and disbursements within 14 days after its Decision was entered.  *See* Tax Court Rule–Magistrate Division (TCR–MD) 16 C(1).

IT IS THE DECISION OF THIS COURT that Defendant shall cancel its Notice of Assessment dated January 31, 2017, and issue to Plaintiffs any applicable refund with statutory interest.

Dated this ＿＿ day of August 2017.

_____
RICHARD DAVIS
MAGISTRATE

*If you want to appeal this Final Decision, file a complaint in the Regular Division of the Oregon Tax Court, by mailing to: 1163 State Street, Salem, OR 97301-2563; or by hand delivery to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your complaint must be submitted within 60 days after the date of the Final Decision or this Final Decision cannot be changed. TCR-MD 19 B.*

*This document was signed by Magistrate Davis and entered on August 2, 2017.*